UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON DOUGLAS BUCKLEY,<br><br>      Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY<br>SHERIFF'S DEPT.,<br><br>      Defendant.<br>                               / | No. C 07-605 SI (pr)<br><br>**ORDER OF DISMISSAL** |

On May 11, 2007, mail was sent to plaintiff at the address he provided to the court and was returned undelivered on May 30, 2007 and stamped "not in custody." Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the envelope containing the May 11, 2007 order of the chief judge was returned to the court undelivered.

Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to send a current address within sixty days of the return of the undelivered mail  For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

IT IS SO ORDERED.

Dated: 8/1/07 _____                    _____
                                                                        SUSAN ILLSTON
                                                                        United States District Judge