**United States District Court**
For the Northern District of California

1

2

3

4                       UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    WILSON DOUGLAS BUCKLEY,                    No. C 07-605 SI (pr)

8              Plaintiff,                       **JUDGMENT**

9         v.

10   ALAMEDA COUNTY
     SHERIFF'S DEPT.,
11
12             Defendant.
                                        /
13
          This action is dismissed without prejudice because plaintiff failed to keep the court
14
     informed of his current address.
15
          IT IS SO ORDERED AND ADJUDGED.
16
     Dated: 8//1/07_____
17                                              SUSAN ILLSTON
                                                United States District Judge
18

19

20

21

22

23

24

25

26

27

28